UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

NTCREAF (rev 01/2012)

In re:

**Christina Sue Duncan**,
    Debtor(s).

Case No. **13–02594–JKC–7**

# NOTICE PURSUANT TO 11 U.S.C. § 524(K)

NOTICE IS GIVEN that the reaffirmation agreement you filed regarding Capital One, NA – Best Buy Co., Inc. as to *unknown* is deficient in the following respect(s):

- PDF is blank or illegible.

You are instructed to cure the above–listed deficiencies within **14 days** from the date of this notice. To do so, the Court prefers that you refile the reaffirmation agreement in its entirety. If you choose, however, to file only the deficient part(s) of the reaffirmation agreement, the filing must include the case number and both the debtor and creditor's names. The Official Reaffirmation Agreement Form is available at
http://www.insb.uscourts.gov/webforms/newlaw/reaf.pdf.

If you fail to cure the above–listed deficiencies or fail to do so in the manner described above, the Court will take no further action with respect to the reaffirmation agreement. A deficient reaffirmation agreement may not be effective or enforceable and, in the absence of an effective reaffirmation agreement, you could be forced by the creditor to surrender the subject property.

Dated: May 17, 2013

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court